

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-16-00476-CV

Jim **WEYNAND**,
Appellant

v.

Hugh **LONG**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-08332
Honorable Richard Price, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellee, Hugh Long, recover his costs of this appeal from appellant, Jim Weynand.

SIGNED December 5, 2018.

_____
Marialyn Barnard, Justice